UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA NARVAEZ,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., et al.,<br><br>    Defendants. | Case No. 24-cv-04779-EKL<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO FOLLOW COURT ORDER** |

On October 21, 2024, the Court approved the parties' stipulation to conduct private mediation and ordered the parties to file a letter confirming the completion of mediation no later than February 17, 2025. ECF No. 16. On February 17, 2025, the Court received a letter from counsel for Defendant Wal-Mart Associates, Inc., stating "the Parties have not yet selected a mediator or date for mediation." ECF No. 23. The parties have not otherwise requested to continue the February 17, 2025 deadline.

Plaintiff and Defendant are hereby respectively ORDERED TO SHOW CAUSE, in writing and no later than March 11, 2025, why each party failed to follow the Court's order to complete mediation by February 17, 2025. The deadline to complete mediation is continued to May 30, 2025. Any further failure to follow court orders may result in monetary sanctions as to parties or their counsel.

**IT IS SO ORDERED.**

Dated:   February 24, 2025

_____
Eumi K. Lee
United States District Judge