UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BRENDA NARVAEZ,

          Plaintiff,

    v.

WAL-MART ASSOCIATES, INC.,

          Defendant.

Case No.  5:26-cv-03109 NC

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

    In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Eumi K. Lee for consideration of whether the case is related to 5:24-cv-04779 EKL, *Brenda Narvaez v. Wal-Mart Associates, Inc.*

Dated: April 13, 2026

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 26-cv-03109 NC
SUA SPONTE JUDICIAL REFERRAL

United States District Court
Northern District of California